UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION
-----------------------------------------------------------------x
ANTHONY CUSUMANO and JOAN CUSUMANO,

                Plaintiffs

v.

A.O. SMITH WATER PRODUCTS, et al.

                Defendants.
-----------------------------------------------------------------x

Case No. 1:13-cv-9020-PGG

**DEFENDANT HONEYWELL INTERNATIONAL INC.,
f/k/a ALLIEDSIGNAL, INC., as successor-in-interest to
The Bendix Corporation**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Honeywell International Inc., f/k/a AlliedSignal, Inc., as successor-in-interest to The Bendix Corporation, states that it does not have any parent corporation, nor does any publicly held company own 10% or more of the stock of Honeywell International Inc.

Dated: New York, New York
        January 15, 2014

McDERMOTT WILL & EMERY LLP

By: Donald Pugliese Esq. (DP9756)
340 Madison Avenue
New York, New York 10173
*Attorneys for Honeywell International Inc.,
f/k/a AlliedSignal, Inc., as successor-in-interest to The Bendix Corporation*