UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ANTHONY CUSUMANO and JOAN CUSUMANO, <br><br> Plaintiffs, <br><br> v. <br><br> A.O. SMITH WATER PRODUCTS, CO., et al. <br><br> Defendants. | Case No.: 1:13-CV-09020 (PPG) <br><br> **UNITED TECHNOLOGIES CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant United Technologies Corporation, (a private non-governmental party) certifies that United Technologies Corporation is a publicly held corporation and has no corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated: White Plains, New York
       January 15, 2014

By:   */s/ Scott C. Allan*
      Scott C. Allan (SA 8791)
      **RENZULLI LAW FIRM, LLP**
      81 Main Street, Suite 508
      White Plains, New York 10601
      Telephone: (914) 285-0700
      Facsimile:  (914) 285-1213

      Attorneys for Defendant
      United Technologies Corporation