IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | |
| ANTHONY CUSUMANO and JOAN CUSUMANO, | CIVIL ACTION NO.: 13-cv-09020 (PGG) |
| Plaintiff(s), | |
| -against- | |
| A.O. SMITH WATER PRODUCTS, et al., | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please enter the appearance of SEGAL MCCAMBRDIGE SINGER & MAHONEY, LTD. located at 850 Third Avenue, Suite 1100, New York, New York 10022 as counsel for Defendant, Weil-McLain, a division of the Marley-Wylain Company, in the above matter.

Dated:  New York, New York
        January 15, 2014

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

By:   /s/ Jordan D. Beltz
      Jordan D. Beltz, Esq.
      Attorneys for Defendant: Weil-McLain
      850 Third Avenue, Suite 1100
      New York, NY 10022
      212-651-7500
      jbeltz@smsm.com

3635098

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was electronically filed and served on all counsel of record via ECF/Pacer.

Dated:  New York, New York
         January 15, 2014

        **SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**

By:   /s/ Jordan D. Beltz
      Jordan D. Beltz, Esq.
      Attorney for Defendant: Weil-McLain
      850 Third Avenue, Suite 1100
      New York, NY 10022
      212-651-7500
      jbeltz@smsm.com

3635098