IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION <br> _____ <br> ANTHONY CUSUMANO and JOAN CUSUMANO, <br><br> Plaintiffs, <br><br> -against- <br><br> A.O. SMITH WATER PRODUCTS, et al., <br><br> Defendants. | CIVIL ACTION NO.: <br> 13-cv-09020 (PGG) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant, WEIL-MCLAIN, A Division of the Marley-Wylain Company (incorrectly named as "WEIL-MCLAIN, a division of The Marley-Wylain Company, a wholly owned subsidiary of The Marley Company, LLC), which is a non-governmental party, certifies that it is a subsidiary of The Marley Company, LLC, which is a subsidiary of SPX Corporation, a publicly owned company.

Dated: New York, New York
January 15, 2014

                                        SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

                                        By:    /s/ Jordan D. Beltz
                                                      Jordan D. Beltz, Esq.
                                                      Attorneys for Defendant: Weil-McLain
                                                      850 Third Avenue, Suite 1100
                                                      New York, NY 10022
                                                      212-651-7500
                                                      jbeltz@smsm.com

4018083

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was electronically filed and served on all counsel of record via ECF/Pacer.

Dated: New York, New York
January 15, 2014

**SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**

By: ___/s/ Jordan D. Beltz_____
Jordan D. Beltz, Esq.
Attorneys for Defendant: Weil-McLain
850 Third Avenue, Suite 1100
New York, NY 10022
212-651-7500
jbeltz@smsm.com

4018083