IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------------------------------------------

| | : | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | |
| LIABILITY LITIGATION (No. VI) | : | Civil Action No. |
| | : | 13-cv-09020 |
| | : | |
| ANTHONY CUSUMANO and JOAN CUSUMANO, | : | |
| Plaintiffs, | : | **NOTICE OF APPEARANCE** |
| | : | |
| -against- | : | |
| | : | |
| A.O. SMITH WATER PRODUCTS, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

--------------------------------------------------------------------------------------------------------------

## NOTICE OF APPEARANCE

Please enter the appearance of SEGAL MCCAMBRDIGE SINGER & MAHONEY,

LTD. located at 850 Third Avenue, Suite 1100, New York, New York 10022 as counsel for

Defendant, BW/IP, INC. ("BW/IP") in the above matter.

Dated:  January 17, 2014

**SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**

By:      ___/s/ Ted Eder_____
Ted Eder, Esq. (TE3556)
Attorneys for Defendant BW/IP, Inc.
850 Third Avenue, Suite 1100
New York, NY 10022
212-651-7500
teder@smsm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was electronically filed and served on all counsel of record via ECF/Pacer.

Dated:  January 17, 2014

**SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**

By:    ___/s/ Ted Eder_____

Ted Eder, Esq. (TE3556)
Attorneys for Defendant BW/IP, Inc.
850 Third Avenue, Suite 1100
New York, NY 10022
212-651-7500
teder@smsm.com

4387750