IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (No. VI) | Civil Action No.<br>13-cv-09020 |
| ANTHONY CUSUMANO and JOAN CUSUMANO,<br><br>       Plaintiffs,<br><br>   -against-<br><br>A.O. SMITH WATER PRODUCTS, et al.,<br>       Defendant. | |

## DEFENDANT BW/IP, INC'S CORPORATE DISCLOSURE STATEMENT

  Pursuant to Federal Rule of Civil Procedure 7.1 of the United States District Court for the District of Massachusetts, Defendant, BW/IP, Inc. and its wholly owned subsidiaries, (hereinafter "BW/IP"), hereby makes the following disclosure statement: BW/IP, is not a publicly traded corporation. BW/IP, is a division of Flowserve Corporation, which is a publicly traded corporation.

Dated:  January 17, 2014

            SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

       By: */s/ Ted Eder, Esq_____*
          Ted Eder, Esq. (TE3556)
          **Segal McCambridge Singer & Mahoney, Ltd.**
          Attorneys for Defendant BW/IP, Inc.
          850 Third Avenue, Suite 1100
          New York, NY 10022
          212-651-7500

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the CM/ECF electronic filing system on all counsel this 17th day of January, 2014.

Dated: January 17, 2014

                                 **SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**

By:    */s/ Ted Eder, Esq_____*
         Ted Eder, Esq. (TE3556)
         **Segal McCambridge Singer & Mahoney, Ltd.**
         Attorneys for Defendant BW/IP, Inc.
         850 Third Avenue, Suite 1100
         New York, NY 10022
         212-651-7500