UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY CUSUMANO and JOAN CUSUMANO,<br><br>             Plaintiffs,<br><br>v.<br><br>A.O. SMITH WATER PRODUCTS CO., et al.,<br><br>             Defendants. | Case No.: 13 Civ. 9020 (PGG)<br><br>**NOTICE OF APPEARANCE** |

### APPEARANCE OF COUNSEL

To:   The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Honeywell International Inc. (f/k/a Allied Chemical, Inc.) sued as successor-in-interest to Allied Signal, Inc. and Barrett Company Division.

Date:   January 17, 2014

**HARRIS BEACH PLLC**

By:   */s/ Cynthia Weiss Antonucci*
Cynthia Weiss Antonucci (CW6418)
*Attorneys for Defendant*
Honeywell International Inc. (f/k/a Allied Chemical, Inc.) sued as successor-in-interest to Allied Signal, Inc. and Barrett Company Division
100 Wall Street, 23rd Floor
New York, NY 10005
(212) 687-0100
cantonucci@harrisbeach.com