UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY CUSUMANO and JOAN CUSUMANO, <br><br> Plaintiffs, <br><br> v. <br><br> A.O. SMITH WATER PRODUCTS CO., et al., <br><br> Defendants. | Case No.: 13 Civ. 9020 (PGG) <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant Honeywell International (f/k/a Allied Chemical, Inc.) sued as successor-in-interest to Allied Signal, Inc. and Barrett Company Division states that Honeywell International Inc. is publicly traded company and has no parent company, and that Honeywell International Inc. has no corporate stockholders which are publicly traded and own more than 10% of Honeywell International Inc.

Date:   January 17, 2014

**HARRIS BEACH PLLC**

By:   */s/ Cynthia Weiss Antonucci*
Cynthia Weiss Antonucci (CW6418)
*Attorneys for Defendant*
Honeywell International Inc. (f/k/a Allied Chemical, Inc.) sued as successor-in-interest to Allied Signal, Inc. and Barrett Company Division
100 Wall Street, 23rd Floor
New York, NY 10005
(212) 687-0100
cantonucci@harrisbeach.com