IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

IN RE: ASPESTOS PRODUCTS
LIABILITY LITIGATION

---

ANTHONY CUSUMANO and JOAN CUSUMANO,

Plaintiff(s),

-against-

A.O. SMITH WATER PRODUCTS, et al.,

Defendants.

CIVIL ACTION NO.:
13-cv-09020 (PGG)

---

## NOTICE OF APPEARANCE

Please enter the appearance of SEGAL MCCAMBRDIGE SINGER & MAHONEY,

LTD. located at 850 Third Avenue, Suite 1100, New York, New York 10022 as counsel for

Defendant, Aurora Pump Company, in the above matter.

Dated:  New York, New York
        January 17, 2014

SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.

By:  ___/s/ Christian H. Gannon_____
        Christian H. Gannon, Esq.
        Attorneys for Defendant: Aurora Pump Company
        850 Third Avenue, Suite 1100
        New York, NY 10022
        212-651-7500
        cgannon@smsm.com

3635098

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was electronically filed and served on all counsel of record via ECF/Pacer.

Dated:  New York, New York
       January 17, 2014

**SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**

By:    /s/ Christian H. Gannon       
      Christian H. Gannon, Esq.
      Attorney for Defendant: Aurora Pump Company
      850 Third Avenue, Suite 1100
      New York, NY 10022
      212-651-7500
      cgannon@smsm.com

3635098