IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | |
| ANTHONY CUSUMANO and JOAN CUSUMANO, <br><br> Plaintiff(s), <br><br> -against- <br><br> A.O. SMITH WATER PRODUCTS, et al., <br><br> Defendants. | CIVIL ACTION NO.: <br> 13-cv-09020 (PGG) |

## RULE 7.1 DISCLOSURE STATEMENT

COMES NOW Defendant, Aurora Pump Company, by and through its attorneys of record, and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits this, its Disclosure Statement, and shows the Court as follows:

1. Pentair, Inc. is the parent corporation of Aurora Pump Company.
2. Pentair, Inc. owns 100% of the stock of Aurora Pump Company.

Dated: January 17, 2014

                                             **SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**

                                      By:   \_\_\_/s/ Christian H. Gannon_____
                                                  Christian H. Gannon, Esq.
                                                  Attorneys for Defendant: Aurora Pump Company
                                                  850 Third Avenue, Suite 1100
                                                  New York, NY 10022
                                                  212-651-7500
                                                  cgannon@smsm.com

3784846

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was electronically filed and served on all counsel of record via ECF/Pacer.

Dated: January 17, 2014

                          **SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**

                          By:   /s/ Christian H. Gannon
                                  Christian H. Gannon, Esq.
                                  Attorney for Defendant: Aurora Pump Company
                                  850 Third Avenue, Suite 1100
                                  New York, NY 10022
                                  212-651-7500
                                  cgannon@smsm.com