UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY CUSUMANO and JOAN CUSUMANO,<br><br>Plaintiff(s),<br><br>vs.<br><br>A.O. SMITH WATER PRODUCTS CO., et al.,<br><br>Defendants. | Civil Action<br><br>No. 13 cv 9020-PGG<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the counsel of record certifies that Defendant **RILEY POWER INC.** is not a publicly traded corporation.

Dated:   New York, New York
         January 17, 2014

                                        WATERS, McPHERSON, McNEILL, P.C.

                                        /s/ Giovanni Regina
                                        Giovanni Regina, Esq.
                                        Attorneys for Defendant
                                        Riley Power Inc.
                                        300 Lighting Way
                                        Secaucus, New Jersey 07096
                                        201-863-4400
                                        gregina@lawwmm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2014, a copy of the foregoing Rule 7.1 Disclosure Statement of Defendant Riley Power Inc. was filed electronically and is available for viewing from the Court's ECF system.  Notice of this filing will be sent to all counsel of record via the Court's ECF system.

/s/  Giovanni Regina
Giovanni Regina, Esq.

785454_1